FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 JUL 22 AM 10: 29
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER LAM and<br>TRONG TRAN,<br><br>Defendants. | 8:26CR123<br><br>INDICTMENT<br><br>21 U.S.C. § 846<br>21 U.S.C. § 853 |

The Grand Jury Charges:

COUNT ONE
(Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine)

Beginning on or about November 2025, and continuing to on or about June 15, 2026, in the District of Nebraska and elsewhere, the defendants, PETER LAM and TRONG TRAN, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

In violation of Title 21, United States Code, Section 846.

FORFEITURE ALLEGATION

1. The allegation contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, conspiracy to distribute and possess with intent to distribute methamphetamine, Defendant TRONG TRAN shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

a. A SigSauer P365, S/N 66G752774, and Shadow Systems MR920, S/N SSC142546, that were seized from 9111 Rosana Avenue, Garden Grove, California (Tran's residence) on June 15, 2026.

3. If any of the property described above, as a result of any act or omission of Defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

MARTIN J. CONBOY, IV
Assistant U.S. Attorney