IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PETER LAM,

Defendant.

**EXHIBIT LIST**

Case No. 8:26CR123
Deputy: Sara Pankoke
Reporter: Digital Recorder
Date: July 24, 2026

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Search Warrant issued by the Central District of California on June 5, 2026 | X | | X | | 7/24/2026 |
| 2 | | | List of items obtained from execution of search warrant | X | | X | | 7/24/2026 |
| | | | | | | | | |

**OBJECTIONS**
- **R: Relevancy**
- **H: Hearsay**
- **A: Authenticity**
- **O: Other (specify)**